AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Susan Marie Herbert
_Petitioner_

Diane James, Adm. FSH Chattahoochie
David E. Wilkins, Director DCF5
Barack Obama Jr.
_Respondent_
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)

Case No. #:12CV112-WS/WCS
_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Susan Marie Herbert
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Florida State Hospital and Duval County Jail
   (b) Address: 1000 North Main Street
   Chattahoochee, FL 32324
   (c) Your identification number: FSH refuses to tell me this.
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): I'm both a pre-trial detainee + an involuntary commitment at FSH as pre-trial detention was unlawfully + intentionally "converted" to involuntary commitment; it constitutes a civil conviction.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

❏ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

☒ Other *(explain):* I'm challenging both pre-trial detention + involuntary commitment. A federal question is present. An unlawful commitment will be unlawfully "converted" back to pre-trial detention

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Duval County Court

(b) Docket number, case number, or opinion number: #2011035028

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* I'm challenging my arrest, the state's action to proceed their charge me + then the state's decision to involuntarily commit me for a possible but non-existent mental illness.

(d) Date of the decision or action: 12/14/12

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy? Pre-deprivation

☒ Yes          ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Supreme Court of the US.

(2) Date of filing: 2007

(3) Docket number, case number, or opinion number: #07-9804

(4) Result: Petitioner successfully tested Marbury overturning DVG

(5) Date of result: April 2008

(6) Issues raised: Constitutional authority, equality, natural birth; Petitioner Herbert successfully directly entered SCOTUS for the first time ever.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒Yes          ☐No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Supreme Court of US*

(2) Date of filing: *2008*

(3) Docket number, case number, or opinion number: *#08-6622*

(4) Result: *Petitioner successfully caused US to default; Petitioner won.*

(5) Date of result: *2008: 11/5/08, the day after the election*

(6) Issues raised: *Same plus: Original jurisdiction as the Justices held original seats but the Executive, Senate, House & others do not. Direct entry; US defaults for the first time ever.*

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒Yes          ☐No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Supreme Court of US / Via Fed. Appeals 11th Circuit, Atlanta Ga.*

(2) Date of filing: *2009*

(3) Docket number, case number, or opinion number: *#09-6777*

(4) Result: *Petitioner enters brief & successfully exhausts Fed. App.*

(5) Date of result: *2009 November*

(6) Issues raised: *TEST OF MARBURY; WRITTEN AUTHORITIES; LIFE IS PROOF; EQUALITY IS REALITY NOT A MATTER OF A PIECE OF PAPER STATING IT IS THUS TREASON NULL IS*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

    (b)  If you answered "No," explain why you did not file a third appeal:   _____

_____

10.     **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☒Yes       ☐No ( I'm challenging a _civil_ conviction)

    If "Yes," answer the following:

    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes         ☒No

        If "Yes," provide:

        (1)  Name of court: _____

        (2)  Case number: _____

        (3)  Date of filing: _____

        (4)  Result: _____

        (5)  Date of result: _____

        (6)  Issues raised: _____

_____

_____

_____

_____

    (b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes         ☒No

        If "Yes," provide:

        (1)  Name of court: _____

        (2)  Case number: _____

        (3)  Date of filing: _____

        (4)  Result: _____

        (5)  Date of result: _____

        (6)  Issues raised: _____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence: The case is always SCOTUS bound as an
        original proceeding until or unless its heard in person; Code
        never supercedes US Law + code is not applicable in this
        Unique Case.

11.   **Appeals of immigration proceedings**
      Does this case concern immigration proceedings?
      ❏ Yes                    ☒ No
      If "Yes," provide:
      (a)    Date you were taken into immigration custody: _____
      (b)    Date of the removal or reinstatement order: _____
      (c)    Did you file an appeal with the Board of Immigration Appeals?
             ❏ Yes                    ❏ No
             If "Yes," provide:
             (1)  Date of filing: _____
             (2)  Case number: _____
             (3)  Result: _____
             (4)  Date of result: _____
             (5)  Issues raised: _____

      (d)    Did you appeal the decision to the United States Court of Appeals?
             ☒ Yes                    ☒ No
             If "Yes," provide:
             (1)  Name of court: _____
             (2)  Date of filing: _____
             (3)  Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑Yes                    ☐No

If "Yes," provide:

(a) Kind of petition, motion, or application:   Emergency Stay

(b) Name of the authority, agency, or court:   Supreme Court of US

(c) Date of filing:   2010, July but first November + December of 2008

(d) Docket number, case number, or opinion number:   Zero (its captioned Zero)

(e) Result:   Stay Clerk + Chief Clerk REFUSED to file a good stay

(f) Date of result: _____

(g) Issues raised:   To this very day the Chief Clerk + Stay Clerk insist they may commit crimes as no consequence exists for them as they can keep an action naming them out of SCOTUS as if they "uporder" themselves so that its impossible to sue court employees for treason.

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**   My arrest is bad as the entire US is in default + the NOPD is exactly named. To arrest me + have it be good first you must exit default.

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief. Do not cite cases or law.):*

See attached

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND TWO:** The named victims ARE NOT the victim - I am - plus the charges are incorrect. The person who claims to be the victim in the complaint is not even a party to the case!

(a)  Supporting facts *(Be brief. Do not cite cases or law.):*

See attached

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND THREE:** Excessive bail of $137,000.00 was set when I have no criminal record + my character is unimpeachable + unimpugnable.

(a)  Supporting facts *(Be brief. Do not cite cases or law.):*

See the attached

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☒ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I have no history of mental illness & take no drugs. Pre-trial detention was converted into involuntary commitment ONLY cc I will not plea bargain + FSL will not admit it irrationally pressed a non-existent case.

(a)  Supporting facts *(Be brief. Do not cite cases or law.):*

See attached; FSH also refused to provide the Habeus Form for 60 days (app.); an outside person finally mailed it to me. NO form state or federal was available to me. FSH refuses to make copies or provide other documents.

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☒ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I directly appealed to SCOTUS pre-deprivation of the birthright, Office of the Executive + was threatened with false imprisonment ex post facto. I couldn't appeal it until Obama + Chief Clerk Suter acted to execute their threats.

**Request for Relief**

15. State exactly what you want the court to do: Compel James Wilkins and/or Obama to produce me as I'm being held to prevent me from ever appearing in person in any court. I want + need the Federal question to be addressed as my personhood must be acknowledged + FL + the nation must cease injuring + harming me upon their whim & will.

See attached for other remedy + relief.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

*March 6th, 2012*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *3/6/12*

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

ISSUES & GROUNDS

This is a first and only, time ever in history legal case, a constitutional authority case of original jurisdiction. I, Susan Herbert, have already directly entered the Supreme Court of the US and directly so; I won as direct filing constitutes adjudication as they occur simultaneously or else you do not possess an original case of authority. To first enter directly you must "challenge" another original case in which the Chief Justice opines alone. That is because the first citizen to enter SCOTUS directly will be restoring original jurisdiction by testing Marbury and in so doing proving that SCOTUS itself, as it came to exist, is law and so is elegant or universal.

SCOTUS was not created as a court of constitutional authority, It became a court of authority when Thomas Jefferson set Marbury in motion + John Marshall delivered what may be the most perfect form a legal opinion ever took as it itself is elegant. "Elegance" is the highest form of praise a scientist can bestow upon another scientists work. As I took Marshall at his word as he told me to return to SCOTUS if the denial of the paper becomes the denial of the right then I know as life, not paper, is the proof:

1

I entered SCOTUS directly successfully overturning BVG in favor of The People; I stood aside not down the 9 Justices as only they, and myself and 2 clerks of SCOTUS retained original jurisdiction seats abandoned by the federal government upon the "election" of Wilson and by the states in or around 1968 when the governors abandoned their original seats. The original jurisdiction seat I held was my one vote that I successfully wielded or turned into an Executive Order. That's how I entered directly as it became possible in 2002 at BVG as the oligarchy that Jefferson scientifically predicted arose as a result of Marbury not as Marbury is bad or unconstitutional but because the 1871 incorporation of DC thus the US is as the living people or the vote was removed + replaced by a dead institution: pieces of paper the contents of which are not universally true.

Your vote is not a meaningless dead piece of paper know as a ballot. It's an action; you reason your decision and then act upon it so you will your vote or your beliefs into being. US Law is the art of becoming; as we are a participatory theocracy composed of founded by Romantic Liberals not patriarchs and as wisdom is born of the experience of life that you have, then you can only come to know what is or is not the truth,

2

you can only secure the proof by acting as you then
experience the consequences of your action. Along the
way you come to own absolute proof known as life
so that some of your beliefs are proven to be false
or mistaken, some of your beliefs are partially true
so you amend them, some of your beliefs are universally
true so that they become inviolate true beliefs or your
ethic and some of your beliefs such as prejudice
and all other judgment values that are intrinsically,
inherently unequal are delusional, corrupted and criminal.
Thus your life that you live is your service record not
the pieces of paper and so every decision you make
and every action you take is you voting.

   I, Susan, was born into lethal harm, after Medgar
Evers was shot and killed attempting to liberate
Americans via their vote and before Martin Luther
King was murdered for the very same reasoning, the
whole truth of America and actual equality and so
actual justice thus safety; a woman the vote was
real on paper for me as its known as actual the
19th Amendment but that vote and indeed the vote
of every American born after John Marshall died
as no person existed who could defend the Constitution
and would no matter what was alive. When Marshall
died we tolled the Liberty Bell and it cracked.

That was no coincidence as nothing in this universe is random as the Creator who wrote the absolute laws that compose this universe has motive and intent and so do we as we are actually imbued with the divine ~~endowment~~ endowment or the godspark as that's what a human mind is: our capacity to model ourselves in the form of our Creator.

The vote became actual reality for me as I never vested my true belief in paper but in life; I possessed inviolate faith in God, in the Founders, in myself and so in The People. A fact of my life, one of the extraordinary circumstances that constitute my life, is I waged my first authority case at age 4. The venue? My mother. The federal point of law? Lying, by its very nature is frivolous thus delusional as the Creator always knows; at 4 I nearly fooled my mother so I am the issue. I had to be a genius of a different type as a mother knows her children uniquely so that in a few years I would develope the ability to decieve my mother. When that day came? It would be just as frivolous to lie or ~~t~~ attempt to decieve her as now she knew I was a creature of a new or different type, born with incredible ability and capacity already existent.

9

It wasn't about chocolate pudding, that I stole
and that I took a bite of; it was about integrity
and safety, as lying only as you are afraid of the
unknown is lethal. I lied to my mother as I
feared her reaction; she admitted my logical
reasoning for resorting to stealing was self-defense
as my reasoning trumped hers for originally
denying me remedy + relief known as pudding.
Believe or not I moved the or my creator, my mother,
and so I came to know the unknown. Hence I never,
ever lied and never harmed another person with
deliberation as its irrational and pointless. When you
get what you want not what you need via deceit
those things are real but not reality; its an illusion
only that becomes delusion.

Marlene Herbert opined: Right venue but wrong
question as when she asked the same exact question
Andrew Jackson once asked a man who resisted arrest,
"Why did you do that?" I mistakenly believed she
meant "Why did you steal pudding?" but in reality
she asked "Why did I lie" as stealing is a form of
lying. Everybody loves chocolate pudding; lots of people
steal it but not everybody lies to their mother
and those who do? They fear the unknown when
the consequences might be good and when what

5

we imagine may never materialize.

My own life became proof so if I could and did move my mother then I should be able to move her Creator - God - as my mother did not lie to me going so far as to admit she was wrong and I am more able and capable then she at age 4. Susan V Marlene is a tie due to equality thus if I actually am greater than the sum of my absolute parts and I knew I am as my sense of self is the essence of the EP + DP clauses imbued in me or endowed upon me on July 20th, 1969 as AMERICANS landed & walked on the moon thus we became "larger then" absolute humans or one whole Earth as a creator "greater than" any one of us. We joined the universe that day, when I was 18 months old and I vividly recall it as my personhood was woken that day. I can & may move the Creator of it all and so I made the attempt and it was successful: God answered a prayer, delivering the proof to me and so my vote was actualized; it is and always has been reality, since I made my first moral decision at age 4.

Then I encountered Nixon, Gary Hart and Clinton so that I could never cast a vote. At 18

6

unjust men attempted to rob me of my rights
by forcing me to participate in delusion and
what constitutes criminality. If you know then
you must act and you may not participate. I knew.
The one and only vote I cast at a poll I cast
against Clinton from Truth or Consequences, NM, as
I knew Clinton did exhibit a pattern of
criminal behavior and that he targeted
women. By then, 1996, my incredible life landed
me or my case in the Pentagon not the
Supreme Court via the Navy who readily
acknowledge that I had to be the lawful Commander
in reality or the case, begun as a State of FL
criminal action when I was a civilian would
not keep landing in the Pentagon so that chain
of command had to be completely severed & I
had to be the holder of the seat in reality
while Clinton held it only in that he was not
lawful but sat in the physically real chair at
the physically real desk in the Whitehouse.

   I entered an honor bound life and death
contract with another actual commander but one who
wore a uniform. As we tied in a kill or be killed
stand off I received the exact amount Clinton
valued each human life at, $20.00. Thus Clinton

7

was forever captured or held between us. The first person to have the opportunity to stand Clinton down would. That opportunity went to me via that one fateful vote as I secured the proof America had died in late 1996 but before Clinton's election so my act to vote preserved me, + the military's appeal to SCOTUS as I acted prior to Clinton's perjured testimony and Congress' lawless act to deny reality only as they too are guilty of the same. I struck pre-emtively. See the Federal record for all the details.

Some Americans grow up dreaming of celebrity, and money and cars and houses; I grew up intent upon entering SCOTUS as the greatest honor any American can achieve and the only way any living person becomes a living institution is when their name appears in a Petition arguing or making an exactly worded point of law perfectly or elegantly. To do this you act upon the presumption that our collective faith, US Law as originally written, is the whole truth thus you assume the actual risk of death. If you survive you then live forever as the fingerprints that constitute

8

proof are the thoughts, feelings, ideas and beliefs the Founders left all over me and so all over you. If you enter SCOTUS directly, upon authority in an original case? As both the victim and the counsel? Then your written work becomes an equivalent legal authority, one of only 4 ever accepted as proof in matters of law. You embody US Law and so produce work regarding an exactly worded point of law that is equivalent to the 3 written works the Founders gave us as you like them had to live the case thereby absolutely proving your theory is a law of this nation + so this universe.

Between 1996 and 2000 I was dragged across several state lines as no person would enforce the law in cases whereby the victim is a woman. Domestic violence? All violence on Earth is "domestic". Unjust men refuse to acknowledge equality thus the law in cases of women as it allows them to value all of us a dollar amount in order to control us. Somebody has to pay for the "New Deal". guess who was left holding the bag? YOU in a case known as Bush V Gore arising from Florida. I happened to know William Rhenquist and what he did via opining "per curiam" with dissent in a socially important decision that SCOTUS had        9

no legal power to adjudicate. All they had is
moral authority as all authority belongs to The
People, the unpaid officers of the US. They held
original jurisdiction seats as did I; standing in
West Palm Beach when BVG transpired I was
unlawfully ordered to appear in a Philadelphia
County Court in another custody case and so I did
only I, when asked what I wanted the judge to
consider, cited actual reality and so my
knowledge of BVG: it's a tied ruling in actuality!

Invoking exactly worded US Law including the
power of one not the popular vote as the popular vote
does not exist in actuality (it's real not reality) I
knew Rhnquist enacted a "power play" equivalent
to Marshall's leaving the door open for one of us
thus all of us to rise via testing Marbury by
directly challenging BVG thereby upholding or
restoring the original form, the original contract,
upon appeal. You appeal directly to SCOTUS.

BVG? It's a tie, 1 whole nation for Gore but
1 whole electoral college for Bush. As the only
valid electoral vote was cast for Anderson in 1980
as all others are purchased outright as nobody

10

since 1871 has voted according to their conscience
and upon actual reasoning so not one vote possessed
power or authority except the vote for Anderson
as that elector meant to prevent overthrow or so
he claimed then it's yet a tie: 1 for Gore, 1 for Bush
and 1 for an actual independent: me, standing in
for placeholder Anderson. Ties in the electoral
college go to the House; see the Great Compromise
and the election of 1800 aka Jefferson V Burr
courtesy of Hamilton's one tie breaking vote.

You may not disguise EP+DP issues as FP &
DP issues; BVG? A DISGUISE AS IT WAS
BORN AS GORE V FLORIDA! Since when does
the winner appeal thus risk losing and since
when do non-existent, fictional cases "become"
"original actions" by merely changing the case caption?
Answer: When, as Paul Stevens stated as fact and
law these lawyers are lying. It's a phony, fictitious
case that lawyers snuck past your defenses by
filing it as an "Emergency". Every one vote is equal
to Executive Order as per equality and as per
posse commitatus. We have orderly transfers of power;
in the event of a tie as in 1800 or in any event
we, the voters, have no emergency as we babysit

11

ourselves. We keep on voluntarily complying or defying par usual. When you file as an emergency you circumvent the People of FL and then the US by circumventing every clerk and the Chief Justice as only one clerk reviews the application & so files it. If BVG is actual authority & original? It goes directly to the Chief Justice due to the balance of power, chain of command and qualification: The Chief Justice holds an original seat and is natural born as he or she stands down the President and Commander in the event of an emergency; the Chief Justice or I the citizen checks and balances the whole enchilada, or, YOU.

So Rhnquist did. There's no such thing as a third party contract! 3rd party standing is non-existent in authority cases. You do not file as a 3rd party but as the only party able & capable to protect, preserve & defend the Constitution. SCOTUS denied you third party standing. I knew all the actual reasoning why; I knew the logic, the math & the science; I knew the correct application of the EP & DP clauses accounting for: biological distinction as women shed their blood and risk their lives in defense of the Constitution by their very nature, menstruction and childbirth. The female power is

12

moral authority or Commander; the male power is legal power or Presiding; your father not your mother signs the paper claiming you thus the birthright is derived via your father being natural born so that via your mother you derive the right to vote or the benefit of citizenship. You know who your mother is as she gave birth to you; she was there. Your father is not known and his testimony regarding your creation and birth is only hearsay & suggestive until he signs the paper thus claiming you as US property both ways. Drawn out as a diagram the balance of power looks exactly like a double double helix or swastika; it looks like the structure of time itself as its universal or eternally true.

It took me years but on July 4th, 2006, I became self actualized via making the case. I experienced actual death but survived. I had the final answer I needed. In 2011 I entered the appeal I preserved in Philadelphia and won, as I overturned BV6 in our favor by voting for myself. I, Susan, ascended to the seat of President and Commander via my direct entry to the Supreme Court her upon my own merit and

13

w/o violating US Law as I never accepted favor
or privilege ever. I ran for and secured the
original jurisdiction office or our vote for future
generations and when the military swore to defend
or support me thus The People not DC upon faith alone
and with $1.37 in the bank.

To defeat us and to keep me out of the bar
physically thereby controlling us with what constitutes
propaganda, the Chief Clerk of the US obstructed
justice in such a way it constitutes treason as he
verbally promised to sink the case as he hated mothers,
women and non-licensed lawyers or so he said. He
denied us the only actual remedy and relief
available in such cases as all such cases are
dependent upon existent & legal remedy & relief.
In this case John Roberts should have directly
recieved it, set me or it for hearing + in so doing
delivered the paper commission to women, children
+ ethical men, the opinion thus the original
contracts dated 1776 + 1787. Then I and Bush
as you did not act but instead failed to act
so you supported an unlawfully installed
Executive who had participated with Nixon (Cheney)
so that Bush is a puppet or public face - a mask-
for Cheney would be thrown to the House

14

where Gore V FL masquerading as BUG should have been decided. The tie would exist between Bush and I; the House -yu- would decide an exactly worded matter of law. The winner then would have to defend the decision in SCOTUS proving they could & would execute the oath of office. But only I knew.

I win & the Chief Clerk acts upon a threat. The docket entries reflecting a case conference occurred & that the case or US Law itself was denied & dismissed are false. Usurpers & traitors trasspassed in FL and used FL to kill America and now FL, the only people on Earth who get hold allodial title that has never been invalidated as FL was never legally enacted thanks to Jackson and the charter or grant the Jamestown colony held that excluded FL (it covered 90% of what is now the US) the chief clerk was unlawfully keeping FL from remedy + relief was -is- being kept from or unlawfully denied the only existant remedy + relief. In Re Susan? I was conceived in FL. FL never produced a President. Why? I know why.

15

Fully knowing the Chief Clerk cannot defeat
America as its not possible to defeat the universe
or the Creator, I then returned in order to
secure default which in a case of treason
constitutes a plea of NO CONTEST. I sued
pre-deprivation of the Birthright as Obama Jr.
can not possibly be natural born as his Father is
not and as he was actually born in Canada Kenya
+ entered the continent of North America via
Canada. Canada holds the vault copies of his
birth records. All you had to do is take the
eyewitness testimony including Obama's own
admission that he possessed dual citizenship
via Britain. Kenya + Canada were protectorates of
Britain. Canada still is. Then all you had to do is
ASK Canada. Canada confirmed my theory. My
theory is law as it's not even possible for
Obama to be a legal voter as his natural
born parent failed to meet the minimum
standard set for in the Nationality Act. Obama,
according to this Act, was born 4 months too soon
so at his birth his mother did not meet the
RESIDENCY requirement.

Obama also held Indonesian citizenship via
adoption by an Indonesian man who married his

16

mother. Dunham? A letter exists in which the
State Department confirms Dunham's passport
has expired & to re-instate it, the paper not
the right or birthright, she must pay: $25.00. Nothing
is mentioned regarding her son who traveled on
a foreign passport after age 18.

The paper is never the proof. Life is. Why did
you delusionally believe Obama and so protect
a criminal or criminals at may expense thus
your own expense? You wanted to; you needed
to deny the extent and degree of your own
fault. And you irrationally fear the unknown. If
you believe you can purchase actual justice for 20
or 25 dollars? You can't. It's priceless.

The US officially defaulted on 11/5/08, the
day after the election. The paid officers plead
no contest or at fault. You're no longer ignorant
as I told you as did the 2 SCOTUS clerks
who filed me directly thereby dissolving the
dead institution. No permission is needed
as the divine endowment, your mind, is the
commission. You need Obama's permission
to try him for high treason as he's British?

17

What's next? You'll let him pardon himself?
YOU ARE! My legal argument is

America won the Revolution. I know as I
fired the shot that seals the deal. Your argument
as you refuse to acknowledge the truth thus
grant an appearance in person is

Britain won the Revolution. The Magna
Carta or aristocracy won not the People. The
piece of paper or lack therof is your proof so
when I obliged by creating the SCOTUS docket *
you then began to claim code, statue, rule &
policy superceder law! You became irrational.

I returned a third time to exhaust the
office known as the Federal Appellate. I needed to
exhaust that office. See Petition 09-6777 and
my brief "Judicial Review Is The Myth Of
Fingerprints"; also see my motion, "Motion To
Reconsider Your Destiny And Fate" Ex post facto
In Re Susan Herbert you became guilty as
individuals each time you obstruct justice
by denying us the exactly named remedy &
relief, an appearance in person.

18

If the entire US defaults the only way to "collect" upon the judgment is to return to other Federal court as now John Roberts has become the victim of a crime, a civil conviction, as have I. See Herbert V Obama #11-CV-1869 Duluth MN US District Court.

So then, if no judge, no longer who is a member of the ruling class will let you in + now they act delusionally + commit crimes to keep you out HOW do you collect?

You volunteer to be arrested when a 3rd party, a neighbor, threatens you + then acts to have you falsely arrested. That arrest, SUSAN'S arrest, will always be bad. As everyone is in default + the Neptune Beach Police are exactly named in SCOTUS, then you file a new Federal complaint in Duluth in addition to 1869 naming the NBPD, FL, the military + Nancy Forbe, the 3rd party. As soon as Forbe files a 2nd false police report crying that she not your husband is the victim then the NBPD will arrest you as its physics; it's actual science as US Law is a science. FL will irrationally pick up

19

false + incorrect charges, set excessive bail + hold you for an extraordinary length of time to break your will. As FL or the ruling class of lawyers MUST civilly convict you then you will land in SCOTUS as the venue is Federal not state court as FL may not proceed until or unless the federal question re equality + natural birth is answered as default is. No matter what the case is an automatic appeal to SCOTUS as I struck pre-emptively and pre deprivation of the birthright.

When FL discovered who it irrationally arrested + then charged when its impossible to produce a single witness as Susan's husband + "the government" are listed as the victims + FL as the plaintiff NOT the complaintant as that's Nancy Forte then FL, lawyers, will act to "make you crazy" by "making you guilty of being crazy" so they will involuntarily commit you to Chattahoochee as on February 19th, 2010, Barack Obama Jr. directly threatened you as you, Susan, manage to turn your vote into a complaint that then turns into an arrest warrant once you serve Obama in person. I, Susan, served

20

Obama in person thereby arresting him so he sent a US Marshall to my home. Obama said he'd falsely imprison me IF I ever told the truth in federal court again. So I did but first I took out the UN via the IHR Court and then I told the truth in Duluth. I engineered a situation whereby upon existing SCOTUS Obama is tried by the Hague in Geneva for war crimes. Geneva hears such cases as well as cases involving universal copyrights. I hold one as I copyrighted US Law, SCOTUS and Uniformity on behalf of the People as Jefferson not Lord Calvert correctly answered the question Newton asks regarding the weight of Earth in Principia. Jefferson & Calvert both published in 1724 but Calvert was erroneously given credit for what is bad science + bad theory. Jefferson's work later entered to the Congressional record languished as only I knew that Jefferson discovered the universal mean that eluded Newton and Einstein.

Time is conscious and has weight or mass. Capacity as time is the product of God. It exists first + we're born into it. To resolve equality, prove it, and to define a universal or elegant currency you

must weigh time + then discern the weight of
HUMAN consciousness. The difference between the
capacity of time, its weight in mass, and the capacity
or weight of human consciousness or the mind's weight
in mass, is the universal mean you need to
unite quantum mechanics + relativity or to resolve
Uniformity. Jefferson defined this mean thus he
not Calvert correctly weighed the Earth. Jefferson
enshrined the truth of this universal mean in a
clock he built that is seemingly wrong or broken.
It stopped running when the weight hit the floor
so he cut a whole in his floor + the clock ran
thus this "error" is the universal mean or
weight that Newton sought. Jefferson and his clock
were not broken or wrong!

       As I possess the actual science I can + may
lose the next Presidential election but I can't
lose in SCOTUS once FL and I go there.

       So on October 26th 2011 I mailed in
a second complaint to Duluth as Forte's live in
male companion violently assaulted + battered me.
The NBPD acted upon Forte's false report re the
event so they then threatened me. On October 30th
my husband acted to harm me to then obstruct

22

justice so in self defense I stabbed him.

Voila! Nancy Forte calls the police falsely claiming she is the victim and she never mentions a human being MIGHT be dead. The NBPD knocked on my door regarding a noise complaint filed hours after the 7pm event. They arrested me, the victim, for: DOMESTIC VIOLENCE when that's not possible as I Federally, criminally charged EVERY involved party on October 24th, the day a guilty, exactly named NBPD officer who harmed my children was arrested for:

<u>Gambling.</u>

I even charged my husband.

So I did indeed "give" the NBPD an actual reason to arrest me; I "gave" them the excuse they needed: I kicked the police car AFTER the improperly placed handcuffs FELL OFF MY WRISTS. They improperly placed them on my wrists to then have an excuse to beat me AFTER they fell off by falsely crying "escape" + "resisting". It's common knowledge that NBPD do this to

23

women not men. Ask my two female witnesses
as 3 times constitutes a pattern.

   I'm arrested and upon discovering that
FL can't civilly convict me as I demand to
be accorded the right to face my attackers
in open court FL then acts to involuntarily
commit me to: Chattahoochee, the very place I
named in my objection to the report recommending
dissmissal in the Oct. 24th, 2011 complaint.

   I do not take any drugs + have no history
of mental illness. I'm committed for possible
mental illness. Not one person took testimony from
me. The jailhouse doctor even wrote he couldn't
interview me. Yes, as I shut it down. I never
wanted or needed a lawyer but FL made it
impossible to defend myself so I "get" one
who promptly committed crimes + who failed
to execute one of his duties. HE deliberately
decieved the state judge; his deception is on
the record.

   So on 12/14/11 my custody was transferred
to DCF's w/o any person ever speaking to me. On
1/12/12 I came to be physically present in          24

Chattahoochee, FL State Hospital, whereby I'm admitted when I do not present any symptoms + when I have no history. HOSPITALS do not admit you w/o a complaint.

"Dr." Wayne Anderson's complaint? He, Anderson, admits the link, US Law, exists between the federal + state cases but as HE Anderson does not comprehend US Law or that he's obstructing justice then I, Susan, must be incompetent.

There is not enough paper in the world to list every violation or crime since 1/12/12 but on PRESIDENTS DAY I was forced to file a police report naming Anderson + social worker Jessica Inteman as I was told only I could not have visitors on Federal holidays like Christmas + July 4th + then Inteman threatened to "jive" me a charge by falsifying it + she did so in front of the entire ward.

I have sat in FSH only as men are not willing to admit they are criminals who acted to harm me as they are driven by: Self hatred

25

They became criminals. It has been almost 60 days & I'm only filing this Writ now as every employee refused to give me the Form. I did not have access to the State or Federal Form! Also no accommodations were made for a disability, a crushed hand, thus this writing is barely legible plus my hand is now a mess from writing; its very sore & swollen.

FSH has to break me to then claim they "fixed" me thus are "justified".

I/you must grant this writ not only in my name but in Jefferson's as I'm his next best Friend. You must create the venue to test Marbury & the natural birth clause for if the venue does not exist then America does not exist; justice is made impossible so youre wasting your time acting as a judge. Your birth is pointless.

I seek an appearance in person at long last as well as declarative & injunctive relief. I already claimed other remedy & relief in my SCOTUS Petitions. I want & need the court to acknowledge the truth:

24

Hope floats America as one of us made it back to the her and SHE patented + copyrighted her priceless intellectual property in the name of The People. First one to the her wins! The victory belongs to America.

No matter how much you hate me I will never hate myself or you; I will never abandon or give up on America. I'll always be willing to take a hit for The Constitution. I'll just keep getting arrested on purpose so you have to try me so it's a whole lot easier + cheaper to hear the case now. MEN have entered the courts in person to challenge Obama + test natural birth a.k.a a man can't make the case so why not me?

Federal judge, do what I did When the Chief Clerk of the US blamed me for his own miserable life I told him as much as I'd like to steal credit for the entire universe and everything that ever happened in it I couldn't as that is the work of God & a woman named Eve as she, not me + not Jefferson, had the only truly original idea a human being ever had. Eve had the idea to eat the apple + so confront the unknown:

27

Government on Earth. Later that same day Adam invented politics when he blamed Eve for his own action. Self-evidently Eve and Adam never read Marbury but you knuckleheads did so the Fall of men - Adam & PV6 - is NOT my fault!

Neither is Obama Jr. '08 & '12.

I knew I learned everything I needed to know about the criminal court system when I stumbled upon this quote:

"Talent is hitting a target nobody else can hit. Genius is hitting a target nobody else can see."

Sm Andt

P.S. (post sidebar) If FStH transports me back to jail compel Obama Jr. to produce me as HE directly threatened me. The details are in 11-CV-1869 as he later slipped + admitted he knew the contents of the warrant on national TV.

26

*US District Court, Northern Florida*

STATE OF FLORIDA     )
                   SS
COUNTY OF GADSDEN   )

## AFFIDAVIT OF INDIGENCY

     **THE UNDERSIGNED AFFIANT** states that due to Indigence, he or she is unable to pay the charges otherwise due to the Court, the Clerk of the Court, or to the Sheriff, for bringing of this Petition for Writ of Habeas Corpus, and further states that to the best of the Affiant's belief and knowledge, he or she is fully entitled to the relief sought.

*Susan Herbert*

AFFIANT   (SIGN YOUR NAME)

     **BEFORE ME,** the undersigned authority, this day personally appeared the Affiant who signed above in my presence, and swears after being duly sworn and cautioned that the statements made above are true and correct to the best of his or her belief and knowledge. The Affiant's identity was verified by me through:

_____   Personal knowledge; or

_____   Sworn state of credible witness, which is attached hereto; or

_____   Production of identifying document: (List)
            *Supreme Court Docket*

**DATED this** *6th* day of *March* , 2011.

*Susan Herbert*

NOTARY PUBLIC – STATE OF FLORIDA

Print Name: *Susan Herbert*

My Commission Expires:

*Never, as I'm SCOTUS certified; in an emergency I may notarize or certify my own documents*

Attachments

1. Police Report, NBPD (Chattahoochee report not available.
2. "Jailhouse" evaluation
3. Actual Forensic evaluation
4. O'Connor V Donaldson


I, Susan, have never seen the court order committing me.

Entered: _____
Checked: _____
File Purged: _____
N/A: _____
Route To:

*Year:* **2011**    *Incident No.:* **81011212**




| 110 | **Neptune Beach Police Department**<br>**General Offense / Incident Report** |
|---|---|

## Incident Information

*Day/Date/Time of Incident-From:* **Saturday 10/29/2011 22:40**        *Day/Date/Time of Incident-To:* **Saturday 10/29/2011 22:50**

*Location of Incident:* **1100 SEAGATE AVE**    *Apt./Lot #:* **101**        *Sub-Sector:* **NB**

*City:* **NEPTUNE BEACH** *State:* **FLORIDA** *Zip:* **32266**

*Taz:* **728** *Crossstreet:*                *Day/Date/Time Incident Reported:* **Saturday 10/29/2011 22:50**

*Drug Activity:* **NOT APPLICABLE**        *Drug Type:* **NOT APPLICABLE**        *# Of Offenses:* **4**

*Alcohol Related:* **SUSPECT USING ALCOHOL**    *Drug Related:* **UNKNOWN (OR N/A)**    *# Of Victims:* **2**

*M.C.I. Case:* **No**    *Follow-up by:*    *Was Hate Crime Involved:* **No**        *# Of Suspects:* **1**

## Offense or Incident:

**#1**        *Statute No:* **784.045(1)(A)(2)**    *Degree:* **F2**    *UCR Code:* **130A**    *Attempt Code:* **Commit**
AGGRAVATED BATTERY - DOMESTIC - WITH A DEADLY WEAPON - NO PREVIOUS STALKING
**#2**        *Statute No:* **806.13(1)(B)1**    *Degree:* **M2**    *UCR Code:* **2900**    *Attempt Code:* **Commit**
CRIMINAL MISCHIEF ($200 OR LESS)
**#3**        *Statute No:* **944.40**    *Degree:* **F2**    *UCR Code:* **9000**    *Attempt Code:* **Commit**
ESCAPE (OR ATTEMPT) FROM ANY PRISON, JAIL, ROAD CAMP OR OTHER PENAL INSTITUTION
**#4**        *Statute No:* **843.02**    *Degree:* **M1**    *UCR Code:* **9000**    *Attempt Code:* **Commit**
RESISTING OFFICER WITHOUT VIOLENCE TO HIS OR HER PERSON

## Victim Information #1            **VICTIM TYPE: ADULT**

*Name:* **DOBRY, BRIAN L**
*Address:* **1100 SEAGATE AVE**    *Apt./Lot #:* **101**            *Sub-Sector:* **NB**

*City:* **NEPTUNE BEACH** *State:* **FLORIDA** *Zip:* **32266**

*Taz:* **728** *Crossstreet:*

*Home Phone #* **(904)-705-6171** *Bus. Phone # Ext.*

*Cell Phone #   Cell Phone Provider   E-mail*

*Is Vagrant?* **NO**

*Alternate Address:    Alt Apt./Lot #:*                    *Alt Sub-Sector:*

*Alt City:   Alt State:   Alt Zip:*

*Alt Taz:   Alt Crossstreet:*

*Alt Home Phone # Alt Bus. Phone # Alt Ext.*

*Alt Cell Phone #   Alt Cell Phone Provider   Alt E-mail*

*Hospital Where Victim taken:* **NOT APPLICABLE**

*Place of Employ /School:* **BEACHES LIBRARY**

*Race:* **WHITE** *Ethnicity:* **NOT OF HISPANIC ORIGIN** *Sex:* **Male** *DOB:* **3/31/1970** *Age:* **41**

*Height:* **5' 10"** *Weight:* **220** *Eye Color:* **BLUE** *Hair Color:* **BROWN**

*Injury Extent:* **MINOR** *Injury Type:* **STABBED**            *Residence Type:* **CITY**

**Offenses Victim of:**                        *Residence Status:* **RESIDENT**

**#1** AGGRAVATED BATTERY - DOMESTIC - WITH A DEADLY WEAPON - NO PREVIOUS STALKING

*Victim Relationship To Offender:*

**SPOUSE**                    **#1 HERBERT, SUSAN M**

*Victim Disabilities:* **NONE / (NOT APPLICABLE)**

*Weapons Involved:* **KNIFE / CUTTING INSTR**

## Victim Information #2            **VICTIM TYPE: GOVERNMENT**

*Name:* ,   **CITY OF NEPTUNE BEACH**

*Address:* **200 LEMON ST**    *Apt./Lot #:*            *Sub-Sector:* **NB**

*City:* **NEPTUNE BEACH** *State:* **FLORIDA** *Zip:* **32266**
*Taz:* **504** *Crossstreet:*
*Home Phone #  Bus. Phone #* **(904)-270-2410** *Ext.*
*Cell Phone #  Cell Phone Provider  E-mail*
*Is Vagrant?* **NO**
*Alternate Address:       Alt Apt./Lot #:*
*Alt City:  Alt State:  Alt Zip:*                                                              *Alt Sub-Sector:*
*Alt Taz:  Alt Crossstreet:*
*Alt Home Phone #  Alt Bus. Phone #  Alt Ext.*
*Alt Cell Phone #  Alt Cell Phone Provider  Alt E-mail*
*Hospital Where Victim taken:*
*Place of Employ /School:*
*Race:  Ethnicity:  Sex:  DOB:  Age:*
*Height:  Weight:  Eye Color:  Hair Color:*
*Injury Extent:   Injury Type:*                                         *Residence Type:* **NOT_APPLICABLE**
*Offenses Victim of:*                                                        *Residence Status:* **NOT_APPLICABLE**
#2   CRIMINAL MISCHIEF ($200 OR LESS)

*Victim Relationship To Offender:*

**NOT APPLICABLE**                          **#1  HERBERT, SUSAN M**

---

## Victim Notification     #1
*Contact Person is:* **VICTIM**
*Contact Name:* **DOBRY BRIAN L**
*Address:* **1100 SEAGATE AVE**  *Apt./Lot #:* **101**
*City:* **NEPTUNE BEACH**  *State:* **FLORIDA**  *Zip:* **32266**      *Sub-Sector:* **NB**
*Taz:* **728**  *Crossstreet:*
*Home Phone #* **(904)-705-6171** *Bus. Phone # Ext.*
*Cell Phone #  Cell Phone Provider  E-mail*
*Is Vagrant?* **NO**
*Victim wants to be Notified:* **Yes**
*Vine Brochure Given?* **Yes**
*Understands 24 Hour Rule?* **Yes**

COPY

---

## Domestic Violence          *Victim/Witness gave Written Statement?* **Yes**          *Threat Assesment Made?*
*If This is a Criminal Investigation: Was the Suspect Arrested ?* **Yes**   *What Was the Nature of the Offense ?* **Felony**
*Victim has Injunction for Protection?* **No**  *Type Of Injunction:*          *Prior History Of DV?* **UK**  *Is History Documented?* **UK**
*Behavior or Condition of Victim at the Time of Incident:* **Calm**   *Behavior or Condition of Suspect at the Time of Incident:* **Irrational**

---

## Suspect Information #1                          **Suspect Location:  Arrested**
*Name:* **HERBERT SUSAN M**
*Address:* **1100 SEAGATE AVE**  *Apt./Lot #:* **101**                    *Sub-Sector:* **NB**
*City:* **NEPTUNE BEACH**  *State:* **FLORIDA**  *Zip:* **32266**
*Taz:* **728**  *Crossstreet:*
*Home Phone #  Bus. Phone # Ext.*
*Cell Phone #  Cell Phone Provider  E-mail*
*Is Vagrant?* **NO**
*Place of Employ /School:* **UNEMPLOYED**
*Race:* **WHITE** *Ethnicity:* **NOT OF HISPANIC ORIGIN** *Sex:* **Female** *DOB:* **12/30/1967** *Age:* **43**
*Height:* **5' 3"** *Weight:* **195** *Eye Color:* **BLUE** *Hair Color:* **BLONDE/STRAWBERRY** *Hair length:* **LONG**
*Hair Style:* **CURLY/WAVY** *Complexion:* **FAIR / LIGHT** *Voice:* **HIGH VOICE** *Facial Hair:* **NONE**
*Distinguishing Marks:*
*Clothing/Description:*
*Nickname(s):*
*Aliases:*
*Charges:*
#1   AGGRAVATED BATTERY - DOMESTIC - WITH A DEADLY WEAPON - NO PREVIOUS STALKING
#2   CRIMINAL MISCHIEF ($200 OR LESS)
#3   ESCAPE (OR ATTEMPT) FROM ANY PRISON, JAIL, ROAD CAMP OR OTHER PENAL INSTITUTION
*Jail Booking #* **2011035028**          *OBTS No.*     *Juvenile:* **No**   *Miranda Warnings Given:* **Yes**   *Suspect Confessed?*
*Ecd Usage:* **NOT APPLICABLE**

---

*Witness/Complainant Information: #1*                       *Type:* **COMPLAINANT**

---

*Name:* **FORTE NANCY**
*Address:* **1100 SEAGATE AVE** *Apt./Lot #:* **43**                                    *Sub-Sector:* **NB**
*City:* **NEPTUNE BEACH** *State:* **FLORIDA** *Zip:* **32266**
*Tax:* **728** *Crossstreet:*
*Home Phone #* **(904)-860-2774** *Bus. Phone # Ext.*
*Cell Phone #  Cell Phone Provider  E-mail*
*Is Vagrant?* **NO**
*Place of Employ /School:* **UNKNOWN**
*Race:* **WHITE** *Ethnicity:* **NOT OF HISPANIC ORIGIN** *Sex:* **Female** *DOB:* **6/5/1964** *Age:* **47**

*Relationship To Victim:*
**NEIGHBOR**                                    **#1  DOBRY, BRIAN L**

---

## ADDITIONAL INFORMATION

On 10/29/2011 at approximately 10:50 PM, I was dispatched to 1100 Seagate Ave, Apartment 101 in reference to a possible disturbance. The complainant advised she could hear a male and a female arguing.

Upon arrival, I observed a white male subject, later identified as Brian Dobry, looking out of a front window of Apartment 101 facing the parking lot. Dobry immediately came to the front door and I observed he was bleeding from his right knee. I asked Dobry what happened and he said his wife, Susan Herbert, had stabbed him with a pair of scissors.

Dobry said Herbert was mad at him because she said he wouldn't help her with a case she has with the "Supreme Court." He said he was sitting in the living room when she came at him with a pair of scissors and stabbed him. He said he tried to stop her and she scratched him in several places in his body. I observed that he had multiple scratches over his arms, chest and his sides; he also had another apparent puncture wound on his left lower leg. A written statement was completed by Dobry and photographs were taken of his injuries prior to him being medically treated by JFRD Rescue 55.

In the living room, I observed blood droplets which were also photographed, however, no weapon was located in the apartment.

I located Dobry laying down in a bed, she was uncooperative and making irrational statements. I asked her what had transpired tonight and she said "nothing." I secured Herbert in handcuffs pending further investigation.

I read Herbert her Miranda warnings from a prepared card, I asked her if she understood and she said she did and then asked me if I understood. I asked Herbert to tell me how Dobry had been injured and she continued to ask me if I understood the Miranda warnings and continuously spoke of the "Supreme Court." I interpreted Herbert's inability to answer my questions as a refusal to speak to me.

Herbert made the spontaneous statement to Officer M.J. Key (#1332) that there were four pairs of scissors hidden throughout the house, and she also said that in the future we (police) will come back to the residence and find a body and it's not going to be hers.

Herbert was placed in my patrol car with her hands handcuffed on her back. As I sat in my patrol car finishing my paperwork, Herbert began to try to open the doors of my patrol car. She was verbally warned to cease and desist such activity, however, she continued trying to open the doors. She then began to hit the doors and windows. I advised Herbert that escaping from police custody was a Felony and to stop damaging my vehicle, she responded "I am about to give you something to take me to jail for, bitch" and started hitting the glass window in an attempt to get out of the car. I told Herbert to stop or she would be pepper sprayed. Instead of stopping her actions, she started kicking the window with full force. I opened the back door of the car and sprayed her with pepper spray while she was bracing herself while laying down on the backseat. After I closed the door, Herbert continued kicking the window and was able to kick the small back window completely out of the frame to the point that she had her foot sticking out of it.

Officer C.A. Barriner (#1338) arrived at the scene to assist in restraining Herbert. When the back door was opened, Herbert was found un-handcuffed in the back seat and immediately began to resist officers and had to be taken down to the ground. Herbert was given loud verbal commands to stop resisting, however, she continued to resist officers by not putting her hands behind her back and kicking officers with both her legs and violently thrashing her body around. Herbert had to be restrained using an all-appendage restraint.

The handcuffs were found jammed inside the frame of the backseat which she apparently had utilized to get herself out of the handcuffs. It was also noted that she has flexible hands and was able to contort her hands out of the handcuffs which were properly placed on her.

---

**NB**  *Page 3 of 5  Date Printed: 11/1/2011*  **CHIEF DAVID W. SEMBACH**  *2011-81011212*  **NB**

Herbert complained of having an allergic reaction to the pepper spray, she was once again medically cleared by JFRD Rescue 55.

Herbert was restrained in Officer T.M. McLeod's (#1319) vehicle and was later transported to the DCJ.

The original complainant, Nancy Forte, completed a written statement of what she witnessed. A case card, VINE, rights and remedies and domestic violence pamphlet were given to Dobry against proper receipt.

---

Clearance Status: **CLEARED BY ARREST**      Clearance Code: **ADULT**      Number of Cases Cleared **1**
Case Cleared **CLEARED BY ARREST (PATROL)**

---

## CRIME ANALYSIS
Aggravated Assault/Murder: **ARGUMENT**
Type of Weapon: **KNIFE / CUTTING INSTR**
Forced Entry: **NOT APPLICABLE**   Structure Occupancy Code: **NOT APPLICABLE**
Number of Premises Entered:
Location Type: **Apartment / Condo**
Incident Occurred Inside this Location   Incident Occurred In the Parking Lot at this Location: **No**
Number of Vehicles Recovered:      Number of Arrested: **1**
School Name:   School Number

## MISCELLANEOUS:
Is Offense Related to Domestic Violence: **Yes**   If yes, were Children under 18 Present: **No**   If No is it Domestic Related:
Is there additional information included on a continuation report: **No**   Are there other Pertinent Reports: **Yes**
In your opinion is there significant reason to believe that the crime can be solved by a patrol follow-up investigation? **No**
Neighborhood Canvass Conducted: **No**      Case Information Card Left With: **Victim**
If Other (Name Address):
Address: **200 LEMON ST**   Apt./Lot #:
City: **NEPTUNE BEACH** State: **FLORIDA** Zip: **32266**
Tax: **504** Crossstreet:
Home Phone # Bus. Phone #**(904)-270-2410** Ext.
Cell Phone # Cell Phone Provider E-mail
Is Vagrant? **NO**

## Investigative Time:
**#1**   Hours: **1**   Minutes: **0**   Cost Amount: **$14.46**

## Domestic Violence
Victim/Witness gave Written Statement? **Yes**      Threat Assessment Made?
If This is a Criminal Investigation: Was the Suspect Arrested ? **Yes**   What Was the Nature of the Offense ? **Felony**
Victim has Injunction for Protection ? **No**   Type Of Injunction:   Prior History Of DV? **UK**   Is History Documented? **UK**
Behavior or Condition of Victim at the Time of Incident: **Calm**   Behavior or Condition of Suspect at the Time of Incident: **Irrational**

---

### Domestic Violence Threat Assessment

1. Has your partner ever been violent to you? **No**   If Yes, how Often?
2. Has the physical violence gotten worse (more severe) over the past year? **No**
3. Has the physical violence been happening more often in the last year? **N/A**
4. Have you recently separated from or talked about leaving your partner? **No**
5. Has your partner ever threatened or attempted suicide? **Yes**
6. Is there a firearm in the house or accessible to your partner? **No**
7. Do you believe your partner would intentially kill you? **No**
8. Has your partner ever told you how they plan to kill you? **No**
9. Has your partner ever tried to strangle you until you passed out? **No**
10. Has your partner ever been Baker Acted or committed to a mental health facility? **Yes**
11. Has your partner ever threatened you with a weapon? **No**
11A. If Yes which weapon type?
12. Has your partner ever used a weapon to harm you? **No**
13. Has our partner been stalking, following, or watching you? **No**
14. Is your partner violent toward or threatened harm to your children? **N/A**
15. Does your partner have a history of domestic violence against other partners or previous Injunctions for Protection? **No**
16. Has your partner ever violated a court order or Injunction for Protection? **No**
16A. If Yes how many?
17. Is your partner violent toward or does your partner threaten harm to your pets? **No**
18. Does your partner act out violently to others outside the family? **No**

---

**NB**   Page 4 of 5   Date Printed: 11/1/2011   **CHIEF DAVID W. SEMBACH**   2011-81011212   **NB**

*19. Does your partner use drugs (cocaine, crack, or other illegal street drugs) or get drunk or high on a regular basis?* **Yes**

*Were Threat Assessment Factors discussed with the Victim?* **Yes**    *Victim signed the Signature Report?* **Yes**

*Is Victim Employed?* **Yes**    *Title or Type of Employment?* **LIBRARY CLERK**

*Is Suspect Employed?* **No**    *Title or Type of Employment?* **UNEMPLOYED**

*Victim's Level of Education:* **Declined to give Infomation**    *Suspect's Level of Education:* **Declined to give Infomation**

*Victim's Annual Income:* **Declined to give Information**    *Suspect's Annual Income:*

*Detective Called To the Scene:* **#0**    *NA:* **[ X ]**    *Notified:* **[  ]**

*Evidence Technician Called to the Scene:* **#0**    *NA:* **[ X ]**    *Assigned By HQ:* **[  ]**

*Reporting Officers:*  **A.M.RIVERA**    *ID* **#1325**

            **T.M. MCLEOD**    *ID* **#1319**    **10/30/2011    04:09**

*Approving Supervisor* **M.J.KEY**    *ID* **#1332**

*Division:* **OTHER AGENCIES**    *Unit:* **NEPTUNE BEACH POLICE DEPT.**



# COMMUNITY BEHAVIORAL SERVICES, P.A.

### Larry Neidigh, Ph. D. Clinical Director
### Psychological Counseling, Assessment, and Forensic Services
1543 Kingsley Avenue, Suite 18A * Orange Park, Florida 32073
(904) 269-3324  Fax (904) 264-2302

## PSYCHOLOGICAL EVALUATION

### IDENTIFYING INFORMATION

Name:     Susan Herbert
DOB:      December 30, 1967
Case #:   2011-CF-011920

*[handwritten: — incompetent to proceed — need to provide order (6 mos. review date → June 19 psych. ev]*

### DATE OF EVALUATION

December 13, 2011

### REFERRAL SOURCE

Tyler Gates, Esquire
Office of the Public Defender
407 North Laura Street
Jacksonville, FL 32202

### PROCEDURES

Clinical Interview
Current Mental Status Examination
Review of Social History
Review of Arrest and Booking Report

### REFERRAL ISSUES

Ms. Herbert was referred for a psychological evaluation to assist her attorney in the preparation of her defense. Ms. Herbert is currently facing multiple charges stemming from an incident alleged to have occurred on October 29, 2011. The Arrest and Booking Report indicated Ms. Herbert stabbed her husband with a pair of scissors. The provided information indicated she was located laying down in a bed making irrational statements. The arresting officer reported that she continued to ask him if he understood the Miranda Warnings and continuously spoke of the Supreme Court. It was indicated that when placed in a patrol car, Ms. Herbert began attempting to open the doors and hitting the glass window in an attempt to get out of the car. It was further indicated that when additional officers arrived to assist she was found un-handcuffed in the back seat and resisted officers, resulting in her being taken to the ground.

**Herbert, Susan**
Page 2 of 4

The referral indicated that when Ms. Herbert's attorney attempted to discuss the case with her she was unable to communicate in an appropriate fashion and provided information which appeared to be irrational, leading to concerns about her competence to proceed and mental state at the time of the alleged offense.

## RELEVANT BACKGROUND INFORMATION

Ms. Herbert was interviewed at the Duval County Jail. During the interview attempts were made to obtain a social history. However, it became apparent that Ms. Herbert was unable to provide reliable information because of her thought disorder. While Ms. Herbert attempted to provide a historical narrative, she would become sidetracked on irrational tangents and proved to be unable to provide a reliable history. It is noteworthy that Ms. Herbert denied any history of psychiatric care and stated the only time she has participated in counseling was during a custody battle subsequent to her first divorce. Again, it should be noted that it is unclear whether even this information is reliable.

## MENTAL STATUS EXAMINATION

Ms. Herbert presented as a 43-year-old Caucasian female who is overweight. However, she appeared her stated age and there were no obvious sensory or motor deficits. Throughout the interview Ms. Herbert was alert and cooperative. She was friendly and made good eye contact. There were no unusual observations with respect to her posture and motor activity, and her affect was appropriate throughout the interview. When questioned regarding her predominant moods, Ms. Herbert described herself as being bored, but denied any other emotional difficulties or mood disturbance.

However, Ms. Herbert's speech was pressured throughout the interview and her communications appear to be both irrational and circumstantial. She denied any perceptual disturbances or suicidal or homicidal ideation. However, she did provide a great deal of delusional content throughout the interview. Her delusions were predominately grandiose. Ms. Herbert discussed with winning a Supreme Court lawsuit in which she had overturned Bush v. Gore and related that to the current case by insisting she had named the Neptune Beach police in the lawsuit and that is one of the reasons they were so angry when they arrived at her house. Ms. Herbert also insisted that she had suffered seizures over the years because of taking medications such as Tylenol and confused classes of medications in attempting to make the case that she does not suffer from a seizure disorder, but only an allergic reaction to certain types of medications. However, other than her grandiose delusions, cognitive processes appear to be generally intact and she presented as an individual of average to above average intelligence.

## COMPETENCY EXAMINATION

### Defendant's Appreciation of the Charges against Her

Acceptable: Ms. Herbert was aware of the specific charges against her. She was able to discuss the specific accusations that have been made against her.

Herbert, Susan
Page 3 of 4

### Defendant's Appreciation of the Range and Nature of Possible Penalties

**Acceptable:** Ms. Herbert is aware that she is facing a potential prison sentence. She indicated that she is aware that her charge is a felony, and that a felony is more serious than a misdemeanor.

### Defendant's Understanding of the Adversarial Nature of the Legal Process

**Acceptable:** Ms. Herbert was able to define the roles of the principles of the court appropriately. Likewise, she demonstrated her understanding of relevant terms and was able to discuss the concept of a plea bargain appropriately.

### Defendant's Capacity to Assist Attorney

**Unacceptable:** Ms. Herbert insisted that she has no recollection of the alleged stabbing and resisting because she had a seizure as result of taking Ambien. More importantly, Ms. Herbert would be unable to assist her attorney or provide meaningful and rational information because of her delusions that the current case is somehow connected to her winning a Supreme Court case without the assistance of an attorney during which she alienated the police who arrested her. Ms. Herbert's thought disorder would prevent her from providing rational information or meaningfully collaborating with her attorney.

### Defendant's Ability to Manifest Appropriate Courtroom Behavior

**Acceptable:** Ms. Herbert was able to define appropriate courtroom behavior and in her current mental state appears capable of manifesting such.

### Defendant's Capacity to Testify Relevantly

**Unacceptable:** Because of her thought disorder Ms. Herbert would be unable to testify in a rational or meaningful fashion.

## CONCLUSIONS AND RECOMMENDATIONS

Ms. Herbert was referred for a psychological evaluation to assist her attorney in the preparation of her defense. The referral expressed concerns about her competence proceed and mental state at the time of the alleged offense.

The results of this evaluation reflect a diagnosis of Schizoaffective Disorder, Bipolar Subtype. Because of her thought disorder, Ms. Herbert would be unable to rationally assist her attorney or testify in a meaningful fashion. Accordingly, it is my opinion that Ms. Herbert warrants an adjudication of **Incompetent to Proceed**. With respect to her mental state at the time of the alleged offense, the available information suggests that Ms. Herbert may not have understood the nature and consequences of her actions. However, a reliable conclusion regarding this issue cannot be provided until her current condition is

**Herbert, Susan**
Page 4 of 4

stable and she is able to rationally participate in a clinical interview. Accordingly, that opinion is deferred. I would be happy to reevaluate her to provide you with an opinion regarding this issue once she has been stabilized.

At the current time Ms. Herbert appears to meet criteria for involuntary commitment. In this regard, she does not appear to be capable of adequate self-care and could pose a potential risk to others if she does not receive needed treatment. Accordingly, I would recommend her commitment to a forensic state hospital until her condition is stabilized and she clearly meets competency criteria.

The opinions and recommendations expressed in this report reflect my conclusions based upon the currently available information. Additional information or new facts might significantly alter my professional opinion and/or change my recommendations. If you have specific questions or need additional information please feel free to contact me at your convenience.

Sincerely,

*Larry Neidigh*

Larry Neidigh, Ph.D.
Licensed Psychologist
Diplomat, American College of Forensic Examiners
PY0004090

TELEPHONE
(10) 825-1822

FAX
(610) 828-9464

**GERALD COOKE, Ph.D. & MARGARET COOKE, Ph.D., P.C.**
**CLINICAL AND FORENSIC PSYCHOLOGY**
**LICENSED PSYCHOLOGISTS**
**4 EAST GERMANTOWN PIKE**
**PLYMOUTH MEETING, PA 19462**

September 18, 2000

Arnold Wainstein, Esq.
1819 JFK Boulevard
Philadelphia, PA    19103

Sarah Ford, Esq.
505 Skippack Pike Suite 100
Blue Bell, PA    19422

Michelle A. Winter, Esq.
190 Bethlehem Pike Suite 2A
P.O. Box 564
Colmar, PA    18915-0564

Thomas J. Feerick, Esq.
Suite 400
1015 Chestnut Street
Philadelphia, PA    19107

Re:  Custody Evaluation Ethan (DOB 1/24/95, age 5 years
7 months) and Christopher (DOB 11/30/96, age 3 years 9
months) Quinones

This is a very complicated case and the necessary
first part of this report is to describe who each of
the individuals are.  The father, David Quinones, has
made no claim for custody or visitation and is not part
of the evaluation.  The mother is Susan Herbert, and
she married her husband, Brian Dobry, in October of
1999.  Brian has two children from his previous
marriage (Brian, Jr., age 5, and Alexis, age 3) who are
in his partial custody on weekends and summer vacation.
Susan and Brian live in Baltimore, Maryland.  Charles
Herbert is Susan's older brother (by 11 years) and his

Quinones Evaluation
page 2 cont.

wife is Daphne, and they live in Philadelphia.
Catherine Austin is David Quinones' sister, and her
husband is David Austin, and they currently have
primary custody of the children and they live in Troy,
New York.

The evaluation consisted of the following:  Ms.
Herbert was seen in the office on 6/5/00 and 6/15/00.
On the latter date I also met with her husband Brian.
An observational visit was conducted with her and Brian
and the children in a local park on 9/9/00.  Charles
and Daphne Herbert were interviewed jointly in the
office on 6/30/00.  David and Catherine Austin were
seen in the office on 7/5/00 and, on the same date, an
observational visit was conducted with them and the
children in a local park.  No psychological testing was
conducted of Charles and Daphne, as they are not
petitioning for custody.  Psychological testing was
administered to David and Catherine Austin and to Susan
Herbert.  In addition to a clinical interview and
history each was administered the following tests:

1.  Minnesota Multiphasic Personality
Inventory-2:  an objective personality test
indicating test-taking attitude and the
nature and degree of psychopathology;

2.  Rotter Incomplete Sentences Blank:  a
projective test providing information on
needs, attitudes, values, and the quality of
interpersonal relationships;

3.  Rorschach Inkblot Technique:  a projective
test revealing unconscious fears, wishes,
conflicts, and the degree to which reality is
accurately perceived;

Quinones Evaluation
page 3 cont.

4.  Parents Questionnaire:  a form on which the
parent provides information about the child's
developmental landmarks, medical history,
interests, and emotional and behavioral
characteristics.  There is also a section on
parenting style, and one asking the parent to
estimate the percent of caretaking each
parent did during the last year prior to the
separation;

5.  Behavior Assessment System for Children
(BASC):  a rating scale on which each parent
rates each child on various symptoms as well
as positive and adaptive skills.

I also had the opportunity to review the following
records and conduct the following phone consultations:

1.  Temporary Agreement of the parties filed in
the Court of Common Pleas of Philadelphia
County;

2.  Log of events and issues prepared by Charles
and Daphne Herbert;

3.  Log of Ms. Herbert's phone and visitation
contact prepared by the Austins covering the
period from 12/1/99 through 7/2/00 and
attached schedule of an average day;

4.  Planned visitation schedule covering the
period from 5/00 to 2/01;

5.  Letter from Daphne Herbert to Susan Herbert
dated 11/17/98;

6.  Records of Sierra Vista Community Health
Center in New Mexico covering the period from

Quinones Evaluation
page 8 cont.

the records that this would have been some
time in the summer of 1999;

14. "Psychological Summary" dated 1/27/00 by
Thomas Kenny, M.A., Psychologist (This
examiner would note that Mr. Kenny
administered the Bender Gestalt, projective
drawings, and the Personality Orientation
Device, which is an inadequate psychological
battery). Though he does not list that he
administered subtests of the Wechsler
Intelligence Scales, in the text of his
report he does indicate an intellectual range
of High Average, and that her capacity for
judgment is well within acceptable limits.
However, he notes that this capacity is
easily overridden by strong emotions or when
she is under stress, and at such times her
behavior is guided by impulse and emotion.
He describes her as a highly immature and
dependent individual who has a rather poor
self-image and tends to feel ineffective in
handling her difficulties. There are
indications of some dysphoria (depression)
and themes of alienation and distrust. Under
stress she tends to become rigid and
impulsive. At times she will take
flight...intense social interaction tends to
prove anxiety provoking and confusing for
her. The majority of her relationships are
maintained on a superficial level. Mr. Kenny
makes diagnoses of "Life Circumstance
Difficulty," Rule Out Borderline Personality
Disorder, Rule Out Munchausen Syndrome;"

15. Records were requested from the Abused Adult
Resource Center in Bismarck, North Dakota on
Susan Herbert, but were never received;

Quinones Evaluation
page 9 cont.

16.   Telephone interview with Dr. Robin Waxman.
She indicates she has been treating Susan
Herbert in therapy since 6/14/00.   She meets
with her once a week and they have had
approximately twelve sessions.   Susan has
spoken about her problems in the past, but
Dr. Waxman has not seen any evidence of drug
use during the therapy, and she believes that
is no longer an issue.   Dr. Waxman feels that
Susan is doing "a pretty great job."   She
describes Susan's biggest stressor as having
no control over whether she can get her
children back.   She is in a new marriage and
has stepchildren.   She indicates Susan sought
therapy in order to have a therapist in place
to deal with child and family issues when the
children do come back to her.   Dr. Waxman
describes Susan as being "proactive," and
having good common sense.   She is low key and
has good intuition in dealing with her
stepchildren.   She appears to be emotionally
stable except for the uncertainty about
getting her children back.   Susan feels that
Charles and Daphne are manipulating the
system.   Brian has called Dr. Waxman and has
indicated a willingness to come in.   Dr.
Waxman indicates that Susan is not
histrionic, and has the ability to "roll with
the punches."   She finds nothing to interfere
with Susan's parenting ability.

Both parents should be aware that this report does
not contain all of the allegations and counter-
allegations made.   Though I realize they may be
important to the parties, I have omitted those which,
in my opinion, are trivial and/or irrelevant to custody
issues.   Where "he said-she said" material is
presented, it is to advise the Court regarding the

Quinones Evaluation
page 10 cont.

particular issue.  This examiner assumes neither the
truth nor falsity of any allegations or counter-
allegations by either party unless it is confirmed by
my testing and clinical observations or independent
external corroboration.

This examiner took a history from each of the
adults interviewed.  There tends to be a general
agreement among the parties regarding what events took
place at what times.  The disagreement occurs in terms
of why certain events took place.  That is, while
Charles and Daphne Herbert, and to some extent also the
Austins, attribute many of the events to Susan's
relationship with David and/or her emotional
instability, drug dependence, and unreliability, Susan,
while acknowledging some past difficulties, also offers
alternative explanations for some of these events
which, if her account were true, would at least
partially relieve her of the responsibility for some of
these events.  Rather than presenting the history from
each individual's point of view, which would be very
confusing, this examiner is going to try to briefly
summarize the history as I understand it from an
integration of all the accounts, and then go back to
discuss specific events which may or may not implicate
Susan Herbert.

David Quinones and Susan were married in 1994 and,
as indicated above, Ethan was born in January of 1995
and Christopher in November of 1996.  They had several
separations prior to the final separation in November
of 1998, and the divorce was final in November of 1999.
During the first separation, at which time Ethan was
about 6 to 8 weeks old, Susan indicates she stayed in
her grandfather's house in Albany.  For the next two
separations Susan was in New Mexico near her parents.
In October of 1997 Susan left New Mexico with the boys
and moved to New Orleans.  In November of 1997,

Quinones Evaluation
page 31 cont.

children, as well as modeling warm interaction with
each other. After awhile this examiner took Ethan
aside and briefly spoke with him. He expressed that he
likes his visits with his mother, but he wanted to
"stay here with this mommy and daddy."

To summarize regarding the Austins, they both have
personality characteristics that lead to positive
parenting qualities. They are thoughtful about
parenting practices, and are open to feedback of each
other's opinions. They have a realistic view of Ethan
and Christopher's problems, as well as to their
strengths and interests. Their manner of interacting
with the children is consistent with their verbalized
attitudes and values. They are excellent parents. The
boys view them as "Mommy and Daddy," and Ethan
expresses a preference to remain in their care, despite
liking the visits with his mother.

Susan

Psychological evaluation of Susan Herbert reveals
the following: On interview with Susan she is
friendly, outgoing, and spontaneous. She does show
some emotional lability and, as indicated above, was at
times angry, and at other times crying, during the
evaluation. However, her affect was appropriate to the
content of what she was discussing.

Susan indicates that she is the fourth of five
children, and feels that her parents did not let her do
many of the things she wanted to do. She felt that
neither parent was expressive of affection. She
indicates her mother, who was a nurse, used lots of
pills and gave some to her at an early age. She
indicates that the way her parents showed love was by
spending money on the children, and from that
perspective she had a good childhood, but she indicated
that because of her parents she had difficulty learning

Quinones Evaluation
page 32 cont.

how to express affection, and did not begin to be able
to do so until she was an adult.

Susan graduated from high school in 1986 and had
one year of college. Her work history has been
disrupted by frequent relocations and medical problems,
but she indicates she has worked as a cocktail
waitress, preschool teacher, nurses aide, and a credit
specialist. She indicates she has not worked outside
the home since January of 2000. She indicates she was
married to her first husband, David Quinones, for five
years and indicates the history of domestic violence.
She married her current husband Brian in October of
1999. She indicates his two children live with them on
weekends and during the summer vacation. They are
Brian, Jr., age 5, and Alexis, age 3.

Regarding alcohol use, Ms. Herbert indicates that
in the 3 or 4 months before she left her husband (this
would be from approximately July to November of 1998)
she was drinking hard liquor fairly heavily. Since
that time she indicates her only alcohol use was an
occasional glass of wine with dinner. Regarding drug
use, she indicates that her mother started giving her
Percodan and other pain killers at age 12 for
migraines. She acknowledges that she abused pain
killers during her marriage to David, and that she
would binge on pain medication when the violence
escalated or when she was experiencing emotional
turmoil. She says that she had two surgeries for the
broken hand her husband caused in October of 1998, and
also had a breast reduction with complications, and
that she abused pain medication during that time as
well. She indicates she has not used any pain
medication since April of 1999, and therefore at the
time of our evaluation she had been "clean" for
approximately 14 months. Her account appears to be
generally consistent with the records. She went into

Quinones Evaluation
page 33 cont.

Heartview Foundation on 5/10/99 and, though she left
that program early, there is no indication that she
used drugs while there. While her present therapist,
Dr. Waxman, has seen her only since June of 2000, she
has observed no drug use, and Ms. Herbert's report to
her of her past drug use is also roughly consistent
with these dates. Ms. Herbert indicates that she is
not currently on any medication.

Regarding her medical history, she indicates that
her ex-husband once strangled her into unconsciousness,
and then in 1998 caused the injury to her hand. She
indicates the breast reduction in March of 1999 with
complications. She has never been arrested. She has
had treatment for her abuse of pain killers at
Heartview. However, she indicated it was a 30-day
program, while the records indicate that she did remain
there for four weeks, but the program was much longer
and she did not complete. She also indicates that she
has received counseling regarding domestic violence in
both North Dakota and Baltimore. She indicates
treatment at the Family Crisis Center and now with Dr.
Waxman. She indicates she went to AA and NA and still
goes every now and then.

Ms. Herbert approached the testing in a candid and
straightforward manner. She was not defensive. The
testing does indicate mild suspicion and distrust in
relationships with others. She also has a very low
level of anxiety, and this can sometimes be associated
with impulsive behavior, because the individual lacks
the anticipatory guilt and anxiety that would otherwise
serve to inhibit such behavior. However, none of the
objective test scales regarding antisocial behavior,
anxiety, or impulse acting out are elevated.
Projective testing is consistent with the objective
testing in that it indicates that she does have a
tendency to feel somewhat threatened by her

Quinones Evaluation
page 34 cont.

environment, and is particularly sensitive to
expressions of anger toward her from others.  When she
enters into a new situation this kind of fearfulness of
her environment is likely to be most pronounced, but as
she gets used to the situation she functions better.
The testing indicates that she has made some
significant changes in terms of her emotional
stability.  She is still an emotionally responsive
person, but that tendency appears to be much less
disruptive than it has been, by history, in the past.
She now feels very happy with her life, which is
something she has not experienced very much in the
past.  At this point it is hard for her to imagine her
past lifestyle.  Sometimes she feels guilty about the
past.  She may be somewhat over-valuing her new-found
stability ("My nerves are made of steel"), but the
testing certainly indicates that she does function far
better now than she used to.  Though she has anxiety
over the current custody situation, she is basically
optimistic about her future.

On the Parents Questionnaires Ms. Herbert is
rather vague and nonspecific regarding her children's
developmental landmarks and does not show as detailed a
knowledge as most mothers.  There is nothing entered
under medical history; that is, she does not list
Ethan's seizures.  She is either not aware of or for
other reasons does not list that Ethan had counseling.
She does not list Christopher's height nor weight.  She
does not list Ethan's height and indicates that his
weight is approximately 40 pounds, which appears to
this examiner to be roughly correct.  She indicates
that she expresses affection to Christopher by hugging,
kissing, and talking.  She also expresses affection to
Ethan in this way, but also with him asks questions and
listens to him.  Discipline for Chris is for yelling or
biting.  She indicates the biting stopped about age 2,
but she would utilize brief time outs if he did it.

Quinones Evaluation
page 35 cont.

She indicates that Ethan hits her and she deals with
this by explaining that no one should hit anyone, and
also by giving him time out.  She indicates she has
never become more angry than she should have with
Chris, but acknowledges that she had with Ethan because
he repeatedly threw sand.  She believes the tone she
used scared him, so she talked about it to him and said
she was sorry.  She indicates that since then she has
learned that instead of repeating "stop" she will
distract him or get him out of the situation.  Her
response to these questions indicated good flexibility.
Rules in her home revolve around respect, kindness,
regular dinner times and bed times.  Talking about it
and time out are what occurs if the child breaks the
rules.  She can be flexible and break the rules when
appropriate.  Both children have chores to pick up
after themselves and to clean their room.  She is aware
of each child's favorite foods.  She too indicates that
she does not buy junk food.  She tries to spend one-on-
one time with each child.  Ms. Herbert indicates that
she sees Chris' greatest need as stability,
consistency, a male role model, and affection.  She
also stresses the need for a positive male role model
for Ethan in addition to stability.  She indicates that
she tries to set an example for the children, talk and
listen to them a lot, and, particularly with Chris, to
make him feel valued and give him lots of reassurance.
She is aware of each child's individual favorite
activities and interests, and does those with the
children.  She describes Chris' greatest areas of
strength as being stubborn (this examiner does not
particularly see that as a strength) and as being
musical and independent.  She describes Ethan's
greatest areas of strength as being fearless,
expressive, intelligent, and artistic.  It is
noteworthy that while Ms. Herbert stresses some of the
same things regarding Ethan as do the Austins, her
perception of Chris seems to be somewhat different.

Quinones Evaluation
page 36 cont.

Ms. Herbert indicates that she encourages both
children's strengths through praise and recognition.
She indicates that Chris' greatest dislike is that he
does not like heights, and that Ethan's is that he does
not like to put a project down, again listing different
areas than those perceived by the Austins.  She
indicates that she spends time with the children doing
such things as taking them to museums and amusement
parks, to dinner, to a local park, or to story time at
the library.  However, she indicates it is not really
possible to spend significant talking time with the
children, because she sees them only six hours a month
and because the travel is hard on everyone.

    On the BASC for Ethan, her ratings reveal that she
sees Ethan as having a mild problem with aggression,
but no other problem areas, and she rates his
Adaptability and Social Skills as quite high.  She sees
no problem areas at all for Christopher and also rates
his Adaptability and Social Skills as extremely high.
Thus, there is a marked difference in the perception
that Susan Herbert has of the nature of the boys'
problems (She essentially sees little or none), and the
perception of the Austins' (They see significant
problems and are described above).  It should be noted
that the Herberts indicated that when they had Ethan he
was high strung, had nightmares, temper tantrums, and
was perseverative, but that he has improved a great
deal in the last 6 to 9 months, and that he is much
more independent.  They indicate that when Chris came
he was quiet and somewhat sad, and recoiled from
expressions of affection, but he too has improved and
is a lot happier and is also independent.  It is
difficult, then, to resolve the discrepant view that
Ms. Herbert and the Austins have of the children.  It
may be that the Austins are responding more to a long-
term and day-to-day view, while Ms. Herbert is
responding to the fact that basically the children are

Quinones Evaluation
page 37 cont.


happy and well adjusted during the period she sees
them.   While Ms. Herbert may be idealizing the children
somewhat, the Austins may be seeing more problems there
than are really present.

        The observation of Ms. Herbert and her husband
Brian took place in a local park.   Her last visit with
the children had been two weeks before.   She and Brian
arrived early and Daphne and Charles arrived on time
with the children.   Chris was hesitant to come to his
mother (though Ms. Herbert informed me that that was
because he saw me some distance behind his mother, and
it was I who caused the hesitancy.   This examiner does
not agree with that perception).   Ethan gave her a big
smile and came into her arms.   Ethan had just started
school in Troy and was excited and proud in telling
this to his mother.   Brian and Susan very thoughtfully
had brought games and a workbook with them.   At the
park they balanced time well with each child and took
turns with each child.   Limits were applied when
necessary, around such issues as sharing a toy, and
were appropriately enforced.   They were also able to
engage in silly fun, such as squirting each other with
the water fountain.   Chris was probably allowed to get
wetter than he should have, but it was a warm day and
this was not really a problem.   Ethan repeatedly said
as he did things "Watch me Mommy."   In their
interactions Brian and Susan did a lot of teaching,
particularly about environmental things such as ants
and preying mantises.   They were very flexible and
revealed a natural and comfortable relationship.   Ethan
spontaneously hugged his mother and she returned a warm
hug.   Ms. Herbert spontaneously said "I love you" one
or two times to the children.   It should be noted that
both Charles and Daphne and the Austins have indicated
in their observations of Brian and Susan that Brian
pays much of the attention to the children,
particularly Chris, and that Ms. Herbert is not as

Quinones Evaluation
page 38 cont.

nurturing as she should be.  While it is possible that
Ms. Herbert was making an extra effort because I was
observing, my observations were not consistent with
what Charles, Daphne, and the Austins have stated.
Also, the comfortable and natural way in which she
expressed herself with the children, and with the
exception of Chris' original hesitancy to go to her,
the way the children responded would suggest that this
is something that is fairly routine and not something
simply done for my benefit.  It may be that Susan is
both anxious and angry when she first sees the children
in the presence of Charles and Daphne, and that that
may be the reason for the perceptions they have of her
interaction with the children.

        In summary, it is this examiner's opinion that
Susan Herbert has made some significant steps toward
being free of drug dependence, and also in terms of
emotional stability.  Also, while I have not conducted
a formal psychological evaluation of Brian, it is my
opinion that he is a well adjusted individual with good
parenting skills, who exerts stabilizing influence on
Ms. Herbert.  At the same time, some of Ms. Herbert's
drug and emotional difficulties are not that far behind
her, and her history of past emotional stability has to
be taken into account.  Also to be considered are the
excellent and positive parenting abilities of the
Austins and the fact that the children have bonded
closely with them and perceive them as "Mommy and
Daddy."  Ethan has just begun kindergarten in Troy and
is excited and proud about going to school.  Based on
these considerations, as well as concerns about travel
time and contact time of the boys with their biological
mother, this examiner would make the following
recommendations.  First, I would see no reason why
legal, as well as physical, custody should not be
transferred to Catherine and David Austin.  It is my
opinion that it is premature for the children to be

Quinones Evaluation
page 39 cont.

transferred to their biological mother, and also that
it would be disruptive in the improvement they have
shown behaviorally and emotionally over the last 9
months or so. The temporary agreement required an
expert opinion that Susan Herbert is truly free of
drugs. While it is my opinion that she is based on my
own contacts with her, and contacts with her therapist,
it is my opinion that it would be in her interest and,
of course, in the best interest of the children, to
undergo some random drug testing over the next several
months to further document her freedom from drugs. The
temporary agreement also indicated that she had to
maintain a stable home environment and employment or
educational program. She appears to be maintaining a
stable home environment and, indeed, is involved in
child care of her 5-year old and 3-year old
stepchildren. While she is not working outside the
home, this seems to be something that is not a problem
for her and Brian at this point, and I would not see
that as a factor interfering with her contact with her
children. She does have plans to return to college at
some time in the future. She has shown some difficulty
in following through on plans in the past, but with her
greater emotional stability it is likely that she has
the capacity to do so. The agreement also indicated
that she had to demonstrate appropriate parenting
abilities. The perception of Charles and Daphne
notwithstanding, it is my opinion that she has also
made significant strides in this area, and this is also
an opinion shared by Dr. Waxman, though Dr. Waxman has
not had the opportunity to see her with the children.

Thus, it is my recommendation that for the present
the boys remain in the legal and primary physical
custody of Cate and David Austin, and reside in the
Troy area. However, it is also my opinion that the
nature and duration of the visits need to be changed.
My recommendation is one that will reduce the amount of

Quinones Evaluation
page 40 cont.

travel for the children, but give more extended periods
of time for the children with Susan and Brian.  It is
my recommendation that once a month the children should
go to Baltimore and spend the weekend from Friday
evening or Saturday morning (whatever is more
convenient in terms of transportation issues) until
return on Sunday evening.  This would allow the boys to
have much more extended time with their mother in their
mother's home situation.  On Ms. Herbert's visits with
the boys in Baltimore she should make arrangements to
see Dr. Waxman with them.  It is further my
recommendation that once a month Brian and Susan travel
to Troy and have the boys for a weekend up there.
Again, the actual duration of the weekend (whether from
Friday night or Saturday morning) would probably depend
on transportation issues.  However, they would
certainly be in a position to have the boys from some
time early Saturday to some time into the early Sunday
afternoon, including the over night.  This way the boys
would continue to see their mother on an every other
week basis, but the duration of their visits would be
longer, and the children themselves would have to
travel only once a month.  It is my recommendation that
this arrangement continue throughout the school year
and that also there be some roughly equal sharing of
the Christmas and Easter school holiday.  I would
recommend that some provision also be made for the
children to spend time with Charles and Daphne, because
it is clear that both boys are bonded to them and
Charles and Daphne are bonded to the boys, but it is
likely that this could easily be arranged among the
parties.  In addition, the boys' father, David
Quinones, could see the boys under supervision by the
Austins, and it would appear that they could make those
arrangements among themselves.  It should be noted that
this examiner has not evaluated David Quinones, and
perhaps the Court should require that a mental health

Quinones Evaluation
page 41 cont.

professional do an evaluation on him prior to even
supervised visits.

The nature of the visitation this examiner is
recommending over the school year would allow Susan
Herbert to develop her relationship with the boys and
simultaneously demonstrate her continued freedom from
drug dependence and emotional instability. I would
recommend a brief reevaluation in the early summer of
2001 to see if further modifications in custody/
visitation should be made. If this evaluator is chosen
to conduct the follow up evaluation, then I would want
to have access to reports from Ethan's school, as well
as any day care arrangements for Christopher, and
reports from whatever counselor Ethan and/or
Christopher sees. I would also advise the Austins and
Susan and Brian to keep logs regarding the children's
behavior and emotions, so that whoever does the follow
up evaluation will have a sense of their perceptions of
how the boys have done before, during, and after the
visits.

Thank you for the opportunity to evaluate Ethan,
Christopher, and their extended families. Please
contact me if you have any further questions.

Very truly yours,

Gerald Cooke, Ph.D.

GC/nr



O'Connor v. Donaldson

# O'Connor v. Donaldson

**Petitioner:** Dr. J. B. O'Connor

**Respondent:** Kenneth Donaldson

**Petitioner's Claim:** That O'Connor, representing the Florida State Hospital at Chattahoochee, had violated Donaldson's constitutional rights by keeping him in custody for a supposed mental illness against his will for nearly fifteen years.

**Chief Lawyer for Petitioner:** Raymond W. Gearney

**Chief Lawyer for Respondent:** Bruce J. Ennis, Jr.

**Justices for the Court:** Harry A. Blackmun, William J. Brennan, Jr., Chief Justice Warren E. Burger, William O. Douglas, Thurgood Marshall, Lewis F. Powell, Jr., William H. Rehnquist, Potter Stewart, Byron R. White

**Justices Dissenting:** None

**Date of Decision:** June 26, 1975

**Decision:** Ruled that Donaldson possessed certain constitutional rights which had been violated, and that he could gather damages from those individuals who had violated his rights.

**Significance:** The decision affirmed that mentally ill persons have constitutional rights which must be protected. This recognition paved the way for people with mental illness to live in their communities rather than institutions.

Society has often isolated and confined persons with mental illness. Likewise, the U.S. mental health system has a long history of unequal treatment of mentally ill individuals. Occupying an inferior status in U.S. culture due to personal characteristics beyond their control, they have commonly been politically powerless, unable to pursue legal paths to establish their own rights. Many persons with mental illness had been subjected to a system which often warehoused them in state mental institutions for years, frequently offering no psychiatric therapy. Non-dangerous persons were likely to be housed with the dangerous in overcrowded conditions. Many were committed (ordered confinement for a mentally ill or incompetent person) to institutions against their will for an indefinite (no specific end) time period and denied basic constitutional civil rights (rights given and defined by laws). An early advocate (one who defends or argues for a cause for another person) for the rights of the mentally ill, Bruce Ennis, Jr., commented in 1973 in "The Legal Rights of the Mentally Handicapped" that mentally-ill individuals were "our country's most profoundly victimized [severely cheated] minorities."

During the 1960s and 1970s many minority groups began to fight for their civil rights. Black Americans, women, and gays and lesbians all worked to halt the discrimination they had faced daily.

Case 3:12-cv-00469-MMH-JBT   Document 1   Filed 03/09/12   Page 67 of 69 PageID 67

In response, Congress passed America's most significant law to ban discrimination, the Civil Rights Act of 1964. Within this social activist period, advocates for the mentally ill and those mentally-ill persons who were able began to challenge the mental health system. Just as other minority groups had done, they chose to use the courts to improve the mental health system and to protect their civil rights. Amid a flurry of lawsuits was the case of Kenneth Donaldson, a case that would make it all the way to the U.S. Supreme Court.

# The Long Commitment of Kenneth Donaldson

A forty-eight year old man from Philadelphia, Kenneth Donaldson traveled in 1956 to Florida to visit his aging parents. In conversation with his parents, he mentioned that he believed one of his neighbors in Philadelphia might be poisoning his food. Worried that his son suffered from paranoid delusions (a tendency of a person toward excessive suspiciousness or distrustfulness), Donaldson's father asked the court for a sanity hearing. Sanity hearings are held to determine if a person is mentally healthy. Upon evaluation, Donaldson was diagnosed with "paranoid schizophrenia" (disorders in feelings, thoughts, and conduct). The court committed Donaldson, who was not represented by legal council at his commitment hearing, to the Florida mental health facility at Chattahoochee. This commitment was involuntary and of a civil (no criminal action involved) nature.



*Bruce Ennis, Jr., represented Kenneth Donaldson in front of the Supreme Court.*
. Reproduced by permission of AP/Wide World Photos

Even though Donaldson had never been dangerous to himself or others, he was placed with dangerous criminals at the Florida hospital. To make matters worse his ward, with over one thousand males, was severely understaffed. There was only one doctor, who happened to be an obstetrician (delivers babies), one nurse to hand out medications, and no psychiatrists or counselors. Donaldson never received any treatment except what the hospital called "milieu therapy." Milieu therapy in Donaldson's case translated into being kept in a room with sixty criminally committed patients. Donaldson's confinement would last fourteen and a half years.

Beginning immediately upon confinement, Donaldson, on his own behalf, fought to speak to a lawyer and demand to have his case reheard. Believing he should be freed, Donaldson argued that he did not have a lawyer at his commitment hearing; that he was neither mentally ill nor dangerous; and, that if he was in fact mentally ill, he was not offered any treatment. Later, Donaldson would argue that he had not been released even when two different sources promised to take responsibility for his care. First, an old college friend had sought to have the state release Donaldson to his care and, later in 1963, a half-way home for the mentally ill in Minnesota had agreed to assume responsibility for him. Apparently for no cause, the hospital rejected both offers. Although the hospital staff had the power to release a patient such as Donaldson, Dr. J. B. O'Connor, the hospital's superintendent during most of this period, refused the release. O'Connor stated that Donaldson would have been unable to make a "successful adjustment outside the institution," although at the eventual trial O'Connor could not recall the basis for that conclusion. It was a few months after O'Connor's retirement that Donaldson finally gained his release.

# Released!

Immediately upon his release Donaldson found a responsible job as a hotel clerk. He had no problem keeping his job or living on his own. In February of 1971, almost fifteen years after first being committed, Donaldson brought a lawsuit in the U.S. District Court for the Northern District of Florida against O'Connor and other hospital staff. Donaldson charged "that they had intentionally [on purpose] and maliciously [intent of committing an unlawful act] deprived him of his constitutional right to liberty [freedom]." The Fourteenth Amendment states that no state may "deprive any person of life, liberty, or property, without due process of law [fair legal hearing]." Dr. O'Connor's defense was that he acted in good faith in confining Donaldson since a Florida state law, which had since been repealed, had "authorized indefinite custodial [to protect and maintain confinement] of the 'sick' even if they were not treated and their release would not be harmful. . . " The court found in favor of Donaldson, awarding him monetary damages (money payment for wrongs against an individual). The Court of Appeals for the Fifth Circuit affirmed the ruling. O'Connor appealed to the U.S. Supreme Court which agreed to hear the case. The advocate Bruce Ennis, Jr. represented Donaldson.

# Justice At Last

In a unanimous (9-0) decision, the Supreme Court ruled that Donaldson possessed certain rights and that he could be awarded damages from individuals who had taken those rights away. Justice Potter Stewart, writing for the Court, viewed the case as raising a "single, relatively simple, but nonetheless important question concerning every man's constitutional right to liberty" guaranteed by the Fourteenth Amendment.

First, the Court ruled on the authority of the state to hospitalize mentally ill persons. Ruling that diagnosis of mental illness does not alone justify confining individuals against their will for an indefinite period of time, Justice Stewart wrote,

# COMMITMENT

Commitment of mentally ill or incompetent persons against their will (involuntary) has long involved weighing the person's civil rights with the rights of society to be protected from possibly dangerous individuals. Each state has its own laws for involuntary commitment. These laws define the types of

mental illnesses and conditions that can lead to institutional commitment and those that can not. Those conditions generally excluded are drug or alcohol addition, mental retardation, and epilepsy.

In most states "dangerousness" to oneself or others is one key factor to consider. But there usually must be other closely related factors as well such as a persistently disabling condition which prevents responsible decisions. Also, hospitalization must not restrain the individual's liberties more than is really needed.

Involuntary commitment of persons convicted of a crime raise many constitutional problems. If a person is acquitted (found not guilty) of a crime by reason of insanity, his length of commitment for treatment is normally determined by the rate of his recovery. Many times this could lead to much longer confinement than if found guilty and sentenced in the first place. Cases of persons convicted of sex-related crimes are especially difficult. Courts have ruled that possibility of future crimes is not a reason to take away a person's freedom. However, under public pressure, state have passed laws allowing commitment of sexually dangerous persons if they seem likely to commit future criminal acts. Challenges are sure to follow.

> A State cannot constitutionally confine . . . a non-dangerous individual who is capable of surviving safely in freedom by himself or with the help of willing and responsible family members or friends.

The ruling applied only to involuntarily civilly committed patients who were not a danger to themselves or others.

Secondly, the Court held that state hospital officials could be held liable (responsible for) for damages if their actions were carried out "maliciously . . . or oppressively [unreasonably severe]" and with the knowledge that their actions violated a person's constitutional rights.

Third and most significantly, the Court decision recognized the necessity of protecting the rights of mentally ill individuals. However, the Court left unsettled the issue of whether a person has a constitutional right to treatment if they are hospitalized for mental illness. Future cases would have to resolve that issue.

The *O'Connor* ruling encouraged others to challenge the mental health system when the civil rights of the mentally ill were abused. The decision also paved the way for many individuals suffering from mental illness to be able to remain within their local communities rather than being institutionalized.

# Suggestions for further reading

Melton, Gary B., Philip M. Lyons, and Willis J. Spaulding. *No Place to Go: The Civil Commitment of Minors (Children and Law)*. Lincoln, NE: University of Nebraska Press, 1998.

National Alliance for the Mentally Ill. [Online] Website: http://www.nami.org (Accessed on July 31, 2000).

Winick, Bruce, Jr. *The Right to Refuse Mental Health Treatment (Law & Public Policy: Psychology and the Social Sciences)*. American Psychological Association, 1997.

*Source:* Supreme Court Drama, ©2006 Gale Cengage. All Rights Reserved. Full copyright.

Did this raise a question for you?